Second Department, April, 1917.      [Vol. 178.

Kings county, affirmed by default. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. James A. P. Ramsdell and Others, as Trustees, etc., Respondents, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. James A. P. Ramsdell and Others, as Trustees, etc., Respondents, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. William O. Mailler, Respondent, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. Pennsylvania Coal Company, Respondent, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. Erie Railroad Company, Respondent, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. Stephen M. Bull, Respondent, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. The New York Central Railroad Company, Respondent, v. James Miller, Assessor of the City of Newburgh, Orange County, New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. The Coldwell Lawn Mower Company, Respondent, v. James Miller, Assessor of the City of Newburgh, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

The People of the State of New York ex rel. Central Hudson Steamboat Company, Respondent, v. James Miller, Assessor of the City of Newburgh, and Others, Appellants.— Order affirmed, with ten dollars